1  RICHARD K. DIAMOND (State Bar No. 070634)
   jvdaurri@dgdk.com
2  2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904
3  Telephone: (310) 277-0077
   Facsimile: (310) 277-5735
4
   Chapter 7 Trustee
5

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                           RIVERSIDE DIVISION

11 | In re                          ) Case No. 6:08-14592-MJ
                                    )
12 | EMPIRE LAND, LLC,[1]           ) Chapter 7
                                    )
13 |             Debtor.            ) **NOTICE OF INTENTION TO**
                                    ) **ABANDON REAL PROPERTY**
14 |                                )
   | ☐ Affects All Debtors          ) (Substantively Consolidated with Case Nos.
15 |                                ) 08-14599, 08-14604, 08-14608, 08-14611
   | ☒ Affects EMPIRE LAND, LLC    ) 08-14613, 08-14614. and 08-14615)
16 |                                )
   | ☐ Affects AVIAT HOMES, L.P.    ) [No hearing required]
17 |                                )
   | ☐ Affects EMPIRE CONSTRUCTION, L.P. )
18 |                                )
   | ☐ Affects EMPIRE GLOBAL HOLDINGS, )
   | L.P.                           )
19 |                                )
   | ☐ Affects EMPIRE RESIDENTIAL   )
20 | CONSTRUCTION, L.P.             )
                                    )
21 | ☐ Affects EMPIRE RESIDENTIAL SALES, )
   | L.P.                           )
22 |                                )
   | ☐ Affects PRESTIGE HOMES, L.P. )
23 |                                )
   | ☐ Affects WHEELER LAND, L.P.   )
24

25      [1] The Debtors are: Empire Land, LLC, a California limited liability company, Fed. Tax I.D. No. 33-0993947; Aviat Homes, L.P., a California limited partnership, Fed. Tax I.D. No. 20-1550852; Empire Construction, L.P., a California limited
26 partnership, Fed. Tax I.D. No. 75-3022043; Empire Global Holdings, L.P., a California limited partnership, Fed. Tax J.D. No. 20-2080460; Empire Residential Construction, L.P., an Arizona limited partnership, Fed. Tax J.D. No. 200233121; Empire Residential
   Sales, L.P., an Arizona limited partnership, Fed. Tax I.D. No. 42-1545699; Prestige Homes, L.P., a California limited partnership,
27 Fed. Tax I.D. No. 33-0952275; and Wheeler Land, L.P., a California limited partnership, Fed. Tax I.D. No. 20-1085149. The
   Debtors' address is 1809 Excise Ave., Suite 208, Ontario, CA 91761.
28

-1-

353970.01 [XP]    0814592

**TO ALL CREDITORS AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that that Richard K. Diamond, Chapter 7 Trustee herein (the "Trustee") reports that among the assets scheduled by the Debtor herein is 26.08 acres of raw land in the County of San Bernardino, APN #0348-101-12-0-000, more particularly described in the attached Exhibit "1" ("the asset").

The Trustee has investigated and determined that after exemptions and liens, there is no realizable equity to this estate. Therefore, the Trustee hereby gives notice of his intention to abandon the asset, to the extent the debtor has any interest.

Pursuant to Rule 6007(a) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 6007-1, unless objections are served upon the Trustee and filed with the Court, and a hearing date obtained from the Bankruptcy Court not later than fourteen (14) days from the date of mailing of this Notice, the Trustee will be deemed to have abandoned any interest in the foregoing assets on the fifteenth (15th) day from the date of mailing of this Notice. Any objections and request for hearing not timely filed and served will be deemed waived and as consent to the relief requested by the Trustee herein. Pursuant to Bankruptcy Rule 9013-1(g)(1), if no written objection and request for hearing is served as set forth above, the Trustee will be deemed to be authorized to take any and all actions necessary or convenient, if any, in the Trustee's sole discretion, relative to the abandonment of the foregoing asset. To the extent that a motion, request of application is required by the Bankruptcy Code of Rules, of Local Bankruptcy Rules, this Notice shall constitute such a motion, request or application.

DATED: May 19, 2010

_____
Richard K. Diamond
Chapter 7 Trustee

353970.01 [XP]    0814592

# EXHIBIT 1

Electronically Recorded in Official Records, County of San Bernardino    3/02/2006
                                                                          12:50 PM

**LARRY WALKER**                                                          AR
Auditor/Controller - Recorder

815 First American Title

**RECORDING REQUESTED BY**
First American Title Company

Doc #:  2006-0145205     Titles:  2     Pages:  8

                         Fees            37.00
                         Taxes             .00
**AND WHEN RECORDED MAIL TO:**   Other            .00
Martin Holiday                   PAID           37.00
10803 Hillside Road
Alta Loma, CA 91737

NCS 72579

A.P.N.: 0348-101-12-0-000                Space Above This Line for Recorder's Use Only

                                         File No.: SSB-1310076 (C2)

# DEED OF TRUST AND ASSIGNMENT OF RENTS
## (Short Form)

THIS DEED OF TRUST, made this **JANUARY 20th, 2006**, between

TRUSTOR: **Empire Land, LLC a California Limited Liability Company**

By: **Empire Partners, Inc., a California corporations, its Managing Member**

whose address is **3536 Concours Street, Ontario, CA 91764**,

TRUSTEE: **First American Title Company, a California corporation**

and BENEFICIARY: **Martin Holiday, an unmarried man**

**Witnesseth:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in the City of **San Bernardino, San Bernardino County, State of California**, described as:

** See Exhibit "A" attached hereto and made a part hereof.

TOGETHER WITH the rents, issues, and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph 10 of the provisions, incorporated by reference, to collect and apply such rents, issues and profits.
FOR THE PURPOSE OF SECURING: 1. Performance of each agreement of Trustor, incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one Promissory Note of even date herewith, and any extension or renewal thereof, in the principal sum of $500,000.00 executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record Owner of said property hereafter may borrow from Beneficiary, when evidenced by another Note (or Notes) reciting it is so secured.
TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES: By the execution and delivery of this Deed of Trust and the Note secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County on October 18, 1961, and in all other counties on October 23, 1961, in the book and page of the Official Records in the office of the county recorder of the county where said property is located, noted below and opposite the name of such county, viz:

Exhibit 1
3

**Exhibit "A"**

THAT PORTION OF LOT 15 OF MEYER AND BARCLAY SUBDIVISION, IN THE CITY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 2 OF MAPS, PAGE(S) 32, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID LOT 15; THENCE NORTH 33° 50' EAST 1831 FEET ALONG THE WESTERLY LINE OF SAID LOT, TO THE SOUTH BOUNDARY OF LANDS OF J. J. METTLER; THENCE SOUTH 50° 45' EAST 650 FEET ALONG THE SOUTH BOUNDARY OF SAID LAND; THENCE SOUTH 32° 03' WEST 1706 FEET TO THE SOUTHERLY LINE OF SAID LOT; THENCE NORTH 62° 45' WEST ALONG THE SOUTHERLY LINE OF SAID LOT, 650 FEET TO THE POINT OF BEGINNING.

Exhibit 1
4

A.P.N. 0348-101-13-0-000     Deed of Trust and Assignment of Rents (Short Form) - continued     March 01, 2006
File No.: 858-1210076 (CZ)

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1128 | 556 | Imperial | 1189 | 701 | Merced | 1660 | 753 | San Benito | 300 | 405 | Siskiyou | 506 | 762 |
| Alpine | 3 | 130-31 | Inyo | 165 | 672 | Modoc | 191 | 93 | San Bernardino | 6213 | 768 | Solano | 1287 | 621 |
| Amador | 133 | 438 | Kern | 3756 | 690 | Mono | 69 | 302 | San Francisco | A-804 | 596 | Sonoma | 2067 | 427 |
| Butte | 1330 | 513 | Kings | 858 | 713 | Monterey | 357 | 239 | San Joaquin | 2855 | 283 | Stanislaus | 1970 | 56 |
| Calaveras | 185 | 338 | Lake | 437 | 110 | Napa | 704 | 742 | San Luis Obispo | 1311 | 137 | Sutter | 655 | 585 |
| Colusa | 323 | 391 | Lassen | 192 | 367 | Nevada | 363 | 94 | San Mateo | 4778 | 175 | Tehama | 457 | 183 |
| Contra Costa | 4684 | 1 | Los Angeles | T-3878 | 874 | Orange | 7182 | 18 | Santa Barbara | 2065 | 881 | Trinity | 108 | 595 |
| Del Norte | 101 | 549 | Madera | 911 | 136 | Placer | 1028 | 379 | Santa Clara | 6626 | 664 | Tulare | 2530 | 108 |
| El Dorado | 704 | 635 | Marin | 1849 | 122 | Plumas | 166 | 1307 | Santa Cruz | 1638 | 607 | Tuolumne | 177 | 160 |
| Fresno | 5052 | 623 | Mariposa | 90 | 453 | Riverside | 3778 | 347 | Shasta | 800 | 633 | Ventura | 2607 | 237 |
| Glenn | 469 | 76 | Mendocino | 667 | 99 | Sacramento | 5039 | 124 | Sierra | 38 | 187 | Yolo | 769 | 16 |
| Humboldt | 801 | 83 | | | | San Diego SERIES 5 Book 1964, Page 149774 | | | | | | Yuba | 398 | 693 |

(which provisions, identical in all counties, are printed below) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.

In accordance with Section 2924b, Civil Code, request is hereby made that a copy of any Notice of Default and a copy of any Notice of Sale be mailed to Trustor at Trustor's address hereinbefore set forth, or if none shown, to Trustor at property address.

NOTICE: A COPY OF ANY NOTICE OF DEFAULT AND OF ANY NOTICE OF SALE WILL BE SENT ONLY TO THE ADDRESS CONTAINED IN THIS RECORDED REQUEST. IF YOUR ADDRESS CHANGES, A NEW REQUEST MUST BE RECORDED.

Dated: __JANUARY 20th, 2006__

Signature of Trustor(s)

Exhibit 1
5

A.P.N. 0348-101-12-0-000  Deed of Trust  January 20, 2006
and Assignment of Rents (Short Form) - continued  File No.: SSS-1316076 (CZ)

Empire Land, LLC a California Limited Liability
CompanyBy: Empire Partners, Inc., a
California corporations, its Managing Member

By: _____ Paul R. Romen
Its: ___ Vice President of Operations

Exhibit 1
6

A.P.N. 0348-101-12-0-000        Deed of Trust        January 20, 2006
and Assignment of Rents (Short Form) - continued      File No.: 898-1310076 (CZ)

STATE OF  California  }
                                    }ss.
COUNTY OF  San Bernardino  }

On __January 23, 2006__, before me, __R. Luera__, Notary Public, personally appeared __Paul Roman, Notary Public__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature __R. Luera__

[Notary seal: R. LUERA, Commission # 1609529, Notary Public - California, Riverside County, My Comm. Expires Sep 26, 2009]

My Commission Expires: __Sep. 26, 2009__     *This area for official notarial seal*

Notary Name: __Rachel Luera__     Notary Phone: __909-383-8474__
Notary Registration Number: __1609529__     County of Principal Place of Business: __San Bernardino__

Exhibit 1
7

| In re: |  | CHAPTER 7 |
|---|---|---|
| Empire Land, LLC, et al. | Debtor(s). | CASE NUMBER 08-14592-MJ |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

A true and correct copy of the foregoing document described:
**NOTICE OF INTENTION TO ABANDON REAL PROPERTY**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 4, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 4, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Served by U.S. Mail**
Honorable Meredith Jury
Riverside Division
United States Bankruptcy Court,
3420 Twelfth Street, #345
Riverside, CA 92501-3819

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 4, 2010 | Christopher R. Scott | /s/ Christopher R. Scott |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: | CHAPTER 7 |
|---|---|
| Empire Land, LLC, et al. Debtor(s). | CASE NUMBER 08-14592-MJ |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** (Continued)

- Franklin C Adams    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com;bknotices@bbklaw.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- Richard S Berger    rberger@lblawllp.com, pbransten@lgbfirm.com;eborman@lgbfirm.com
- Richard S Berger    rberger@lgbfirm.com, pbransten@lgbfirm.com;eborman@lgbfirm.com
- Elizabeth Berke-Dreyfuss    edreyfuss@wendel.com
- Teresa A. Blasberg    tablasberg@earthlink.net
- Guy W Bluff    office@guywbluff.com
- Peter M Bransten    PBransten@lblawllp.com, ncereseto@lgbfirm.com
- Peter M Bransten    PBransten@lgbfirm.com, ncereseto@lgbfirm.com
- Charles Randall Bupp    crbupp@bscb.com
- Andrew W Caine    acaine@pszyjw.com
- Scott B Cohen    sbc@engelmanberger.com
- Theodore A Cohen    tcohen@sheppardmullin.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Richard K Diamond    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- G Larry Engel    lengel@mofo.com
- Louis J Esbin    Esbinlaw@sbcglobal.net
- Timothy J Farris    timothy.j.farris@usdoj.gov
- Abram Feuerstein    abe@suntag-feuerstein.com
- Helen R Frazer    hfrazer@aalrr.com
- Craig S Ganz    ganzc@gtlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Marjory Gentry    marjory.gentry@bingham.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- David M Goodrich    dgoodrich@goodlawcorp.com
- Mark Gorton    mgorton@mhalaw.com, cdomingo@mhalaw.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- Jeffrey H Grant    jgrant@lathropgage.com
- Adam M Greely    agreely@galfinpasson.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Kenneth Hennesay    khennesay@allenmatkins.com
- Marsha A Houston    mhouston@reedsmith.com
- Peter L Isola    peterisola@dwt.com
- Robbin L Itkin    ritkin@steptoe.com
- Sharon M Kopman    skopman@lblawllp.com, skopman@lgbfirm.com;ncereseto@lgbfirm.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Rodger M Landau    rlandau@lblawllp.com, kmoss@lgbfirm.com
- Rodger M Landau    rlandau@lgbfirm.com, kmoss@lgbfirm.com
- Marilyn H Levin    marilyn.levin@doj.ca.gov
- David Loughnot    david.loughnot@bingham.com
- Candee L Lucas    laine@bindermalter.com, julie@bindermalter.com
- Craig G Margulies    cmargulies@margulies-law.com
- Michael G Martin    michaelmartinesq@mac.com
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Michael J McQuaid    mmcquaid@carrmcclellan.com
- Breck E Milde    bmilde@terra-law.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: | CHAPTER 7 |
|---|---|
| Empire Land, LLC, et al.<br>Debtor(s). | CASE NUMBER 08-14592-MJ |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** (Continued)

- Jonathan P Musgrove    jmusgrove@thelawcorp.com, arlene@thelawcorp.com
- Mark A Neubauer    mneubauer@steptoe.com
- Lisa N Nobles    LNobles@LGBFirm.com, MSaldana@LGBFirm.com
- William Novotny    william.novotny@mwmf.com
- Mary E Olden    molden@mhalaw.com, akauba@mhalaw.com
- R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- Katherine C Piper    kpiper@steptoe.com
- Timothy R Pomeroy    tpomeroy@klinedinstlaw.com
- Christopher E Prince    cprince@lesnickprince.com
- John P Reitman    jreitman@lgbfirm.com, eborman@lgbfirm.com
- J Alexandra Rhim    arhim@buchalter.com, smartin@buchalter.com
- Monica Rieder    mrieder@lblawllp.com, kmoss@lgbfirm.com
- Monica Rieder    mrieder@lgbfirm.com, kmoss@lgbfirm.com
- Karen Rinehart    krinehart@omm.com
- Christopher O Rivas    crivas@reedsmith.com
- Julie H Rome-Banks    julie@bindermalter.com
- Martha E Romero    Romero@mromerolawfirm.com
- Kenneth N Russak    krussak@frandzel.com, banderson@frandzel.com;efiling@frandzel.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- Mark C Schnitzer    mschnitzer@rhlaw.com
- Sarah E Singer    ssinger@lorberlaw.com
- Randye B. Soref    rsoref@buchalter.com, IFS_filing@buchalter.com
- Gerald A Spala    mail@geraldspala.com
- James Stang    jstang@pszjlaw.com
- Alexis Tretter    alexistretter@dwt.com
- Mark John Tundis    mjtesq@msn.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Martha A Warriner    mwarriner@rhlaw.com
- Steven Werth    swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Dean A Ziehl    , dziehl@pszjlaw.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Aleksandra Zimonjic    azimonjic@lblawllp.com, kmoss@lgbfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: Empire Land, LLC, et al.<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 08-14592-MJ |
|---|---|

## II. SERVED BY U.S. MAIL

**Limited Notice List**

Empire Land, LLC
1809 Excise Ave, Ste 208
Ontario, CA 91761-8560

Martin Holiday, c/o Mark John Tundis
Law Offices of Mark John Tundis
984 West Foothill Blvd., Suite A
Upland, California 91786

Larry R. Day
Empire Land, LLC
1150 S Vineyard Ave
Ontario, CA 91761-7753

Special Counsel to Debtor
O' Melveny & Myers LLP
400 South Hope Street, 10th Floor
Los Angeles, CA 90071

Filiberto Agusti
Joshua Taylor
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington DC 20036

Palmdale/ Anaverde, Stephen L. Millham; Brian Veit
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Counsel to CW Capital
Richard Havel, M. Scott Cooper
Hadley Van Vactor
Sidley & Austin
555 West Fifth Street
Los Angeles, CA 90013

Jeffrey Meith, Esq.
Counsel to OPUD
Minasian, Spruance, Meith, Soares & Sexton, LLP
P.O. Box 1679
Oroville, CA 95965

IndyMac Bank
Attn: Greg Shamlian
155 N.Lake Ave., LK-11-19
Pasadena, CA 91101

SAC/NEA
Pircher, Nichols & Meeks
1925 Century Park East, Suite 1700
Los Angeles, CA 90067

Filiberto Augusti, Esq.
Joshua Taylor, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Pat Trendacosta
Frandzel Robins et al
6500 Wilshire Blvd 17th Floor
Los Angeles, CA, 90048-4937

Nate Akiva
Pircher Nichols & Meeks
1925 Century Park East, Suite 1700
Los Angeles, CA 90067

Martin Holiday
10803 Hillside Road.
Alta Loma, CA 91737

Michael Buckley
Reed Smith LLP
1999 Harrison Street, 24th Floor
Oakland, CA 94612

Wheeler Park Development Asignee
Olivehurst Public Utility District
Attn : General Manager
Olivehurst Public Utility District
P.O. Box 670
Olivehurst, CA 95691

Lennar Homes
700 NW 107th Avenue
Suite 400
Miami, FL 33172

Pomona First Federal Bank & Trust
Attn: Anne Valdez, Special Assets Dept
9467 Milliken Ave.
PO Box 2729
Rancho Cucamonga, CA 91729-2729

**Secured Lenders**

Cadim Note inc.
c/o corporate secretary
1000 Jean Paul Riopelle
Suite A-300
Montreal, Quebec, Canada, H2Z2B6

CW Capital, LLC
Attn: Kim Vo
63 Kendrick Street
Needham, MA 02494

KeyBank
Attn: Jeff V. Aycock, Sr. Banker
1200 Abernathy Rd. NE Suite 1550
Atlanta, GA 30328

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                                                                F 9013-3.1

| In re: | | CHAPTER 7 |
|---|---|---|
| Empire Land, LLC, et al. | Debtor(s). | CASE NUMBER 08-14592-MJ |

| | | |
|---|---|---|
| Robert Mitchell<br>IndyMac Bank<br>1 Banting<br>Irvine, CA 92618 | Cadim Note inc.<br>1000, place Jean Paul-Paul-Riopelle<br>Bureau A-300<br>Montreal, Quebec H2Z 2B6<br>Attention.: Marisa Giannetti | Residential Funding Bank<br>c/o David Flavin, CFO, Vice President<br>GMAC ResCap<br>One Meridian Crossing, Suite 100<br>Minneapolis, MN 55423 |
| GlassRatner Advisory & Capital Group LLC<br>Attn: Kerry Krisher<br>18500 Von Karman Ave., Suite 390<br>Irvine, CA 92612 | Tyson M. Shower<br>McDonough Holland & Allen PC<br>555 Capitol Mall 9FL<br>Sacramento, CA, 95814 | CW Capital, LLC<br>c/o CWCapital Asset Management LLC<br>701 13th Street, N.W., Suite 1000<br>Washington, DC 20005<br>Attention: Amelia Hoffman, Esq. |
| Allan E. Seward Engineering<br>27825 Smyth Drive<br>Valencia, CA 91355 | **Consolidated Twenty Largest** | Cadim Note inc.<br>c/o CWCapital LLC<br>63 Kendrick Street<br>Needham, MA 02494<br>Attn.: Mr. James Schroeder |
| Brockmeier Engineers, Inc<br>1304 Olympic Blvd.<br>Santa Monica, CA 90404-3726 | ArchaeoPaleo Resource Management, Inc.<br>13368 Beach Ave.<br>Marina Del Rey, CA 90292 | Attorneys for Town of Clarkdale<br>Robert S. Pecharich<br>Boyle Pecharich Cline Whettington & Stallings, PL<br>125 N. Granite Street,<br>Prescott, AZ 86301 |
| Clear Channel Outdoor<br>File # 30005<br>PO Box 60000<br>San Francisco, CA 94160-0001 | Campbells Carpets Inc<br>6911 S 196th St.<br>Kent, WA 98302-1144 | Courtney McAlister<br>K. Hovnanian Homes<br>1375 Exposition Blvd #300<br>Sacramento, CA, 95815 |
| Danielian Associates<br>60 Corporate Park<br>Irvine, CA 92606 | Creative Touch Interiors<br>525 W. Baseline Rd.<br>Mesa, AZ 85210-6013 | KB Homes<br>Jess R. Bressi, Esq.<br>Cox, Castle & Nicolson LLP<br>19800 MacArthur Blvd., Suite 500<br>Irvine, CA 92612-2435 |
| Dependable Sheet Metal<br>1855 N. First Street, Suite A<br>Dixon, CA 95620 | David Taussig & Associates<br>5000 Birch Street, Ste 6000<br>Newport Beach, CA 92550-8141 | Brennan Electric, Inc<br>460 S. Stoddard Avenue<br>Suite #3<br>San Bernardino, CA 92401 |
| GeoSyntec Consultants, Inc.<br>5901 Broken Sound Parkway NW<br>Suite 300<br>Boca Raton, FL 33487-2775 | Forma Engineering, Inc.<br>10814 Reseda Blvd.<br>Northridge, CA 91326 | DK Associates, Inc.<br>1440 Maria Lane, Suite 200<br>Walnut Creek, CA 94596 |
| Golden State Fence Co.<br>870 N Main Street<br>Riverside, CA 92501 | GeoTek<br>6835 Escondido St., Suite A<br>Las Vegas, NV 89119 | Foster, Terry A.<br>PO Box 901867<br>Palmdale, CA 93590-1867 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9013-3.1**

| In re: Empire Land, LLC, et al.                    Debtor(s). | CHAPTER 7<br>CASE NUMBER 08-14592-MJ |
|---|---|

Henderson Masonry & Concrete
c/o Coface Collection North America Inc.
P.O. Box 8510
Metairie, LA  70011-8510

Griffith Company
3050 E Birch Street
Brea, CA  92821-6248

Gibson & Skordal, LLC
2277 Fair Oaks Blvd., Ste. 105
Sacramento, CA  95825

Ignace Brothers Inc.
P.O. Box 30096
Flagstaff, AZ  86003-0096

H.L. Chapman Pipeline Construction, Inc.
9250 F.M. 2243
Leander, TX  78641

Jose Somera
Griffin Dewatering Corporation
536 E. Maitland St.
Ontario, CA. 91761

Jowell's Cabinets, Inc.
P.O. Box 25446
Prescott Valley, AZ  86312

Charlie Simpson
Insite Environmental, Inc
6653 Embarcadero Dr.,Ste.Q
Stockton, CA  95219

HSBC Business Solutions
PO Box 5239
Carol Stream, IL  60197-5239

Leonard's Carpet Service, Inc.
1121 N. Red Gum Street
Anaheim, CA  92806

Kasl Consulting Engineers, Inc
7777 Greenback Lane, Suite 104
Citrus Heights, CA 95610

Janco Industries, Inc.
37893 Von Euw Common
Fremont, CA  94536

Mission Pools
755 West Grand Ave.
Escondido, CA  92025

Manpower-Arizona
21271 Network Place
Chicago, IL  60673-1212

L & L Environmental, Inc.
700 E. Redlands Blvd. Ste. U
Redlands, CA  92373-6168

Murrieta Development Co., Inc.
42540 Rio Nedo Rd
Temecula, CA  92590

Mon-May Enterprises
2678 S. Lilac Ave
Bloomington, CA  92316

Meyer, Mohaddes Associates, Inc.
Dept #2123
Los Angeles, CA  90084-2123

Pinnacle Builders Inc.
3620 Industrial Blvd., Ste. 10
West Sacramento, CA  95691

MTW Group-Tsuboi-Mamuyac & Ass
10411 Old Placerville Road, Suite 205
Sacramento, CA  95827

Robert Gonzalez, President
Mon-May Framing Corp
8075 Terraza Court
Riverside, CA  92508

R.B.F. Consulting
40810 Country Center Drive
Suite 100
Temecula, CA  92591-6022

Pacific Utility Installation,
149 Via Trevizio
Corona, CA  92879

Northpoint Security Services
2063 Main Street #106
Oakley, CA  94561

Sikand Engineering Associates
15230 Burbank Blvd., #100
Van Nuys, CA  91411

Pacific Advanced Civil Engineer
17520 Newhope Street, Suite 200
Fountain Valley, CA  92708

Paul Johnson Drywall
P.O. Box 4337
Prescott, AZ  86302

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                         F 9013-3.1

| In re:<br>Empire Land, LLC, et al.<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 08-14592-MJ |
|---|---|

Tristan Engineering Contractor
2831 S. Industrial Drive
Bloomington, CA 92316

R.T. Frankian & Associates, Inc.
1329 Scott Road
Burbank, CA 91504

Perlman Architects of AZ Inc.
4150 N. Drinkwater Blvd Ste. 240
Scottsdale, AZ 85251

West Coast Engineering Construction
40757 11th Street West
Palmdale, CA 93551

Slater, Inc.
P.O. Box 759
Fontana, CA 92334

Richard Lopez Construction
250 Rincon St., Ste. 108
Corona, CA 92879

Robert Max Lind
1565 Idylwild
Prescott, AZ 86305

Fortress, Inc.
18521 E. Queen Creek Rd. Ste. 105
Queen Creek, AZ 85142-5867

Total Concept Landscape Architecture, Inc
27905 Smyth Drive
Valencia, CA 91355-4034

Hanson Aggregates Arizona, Inc.
P.O. Box 730510
Dallas, Texas 75373-0510

Lyon Engineering and Development
3623 Crossings Drive
Prescott, AZ 86305

SM Painting Co., Inc.
5825 Switchback Trail
Flagstaff, AZ 86004

M & M Plumbing, Inc.
6782 Columbus Ave.
Riverside, CA 92504

Bullock's Travel
1780 E. Ville Drive, Suite A
Cottonwood, CA 86326

Sab Takehara
MTWgroup
10411 Old Placerville Road, Suite 205
Sacramento, CA 95827

CB Richard Ellis
Attn: Carole Sullivan
6150 Stoneridge Mall Road, #175
Pleasanton, CA 94588

Service Rock Products, Inc.
c/o William J. Crawford, Esq.
Crawford & Bangs LLP
1290 E Center Court Dr
Covina, CA 91724

Triple H Excavation, LLC.
PO Box 26399
Prescott Valley, AZ 86312

Alan H. Martin, Esq.
Shepperd, Mullin, Richter & Hampton LLP
650 Town Center Drive, 3rd Floor
Costa Mesa, CA 92626

**Attorneys for HL Chapman Pipeline**
Eric L. Walberg, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Nadel Retail Architects LLP
Richard Hampel Gen. Mgr
1990 South Bundy Dr., 4th Floor
Los Angeles, CA 90025

Robertson's Ready Mix, Ltd.
Robert M. Binam, Esq.
Law Offices of Robt. M. Binam
200 S. Main Street #200
Corona, CA 92882

**Attorneys for Angelus Block Co., Inc.**
Jon Cantor
K. Lynn Finateri
Dykema Gossett LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Western Technologies, Inc.
Jeffrey R. Parker, Esq.
3737 East Broadway Road
Phoenix, AZ 85040-2966

Shasta Fire Protection, Inc.
c/o Thomas G. Styskal, Esq.
Kinley and Styskal
2600 Walnut Ave., Suite E
Tustin, CA 92780-7032

Glenn Lukos Associates, Inc.
29 Orchard
Lake Forest, CA 92630-8300

Arizona Home Centers
1999 S Del Mar Dr
Cottonwood, AZ 86326-5025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        F 9013-3.1

| In re: | | CHAPTER 7 |
|---|---|---|
| Empire Land, LLC, et al. | Debtor(s). | CASE NUMBER 08-14592-MJ |

KASL Consulting Engineers, Inc.
Leach & Mcgreevy LLP
2833 Laguna Street
San Francisco, CA 94123

Los Angeles County Treasurer and Tax Collector
P.O. Box #54110
Los Angeles, CA 90054-0110

Agassiz Landscape Group LLC
P.O. Box 147
Flagstaff, AZ 86002

**Attorneys for Del Rey Lathing, Inc.**
Norman A. Filer, Esq.
Law Offices of Norman A. Filer
500 North State College Blvd., Suite 1270
Orange, CA 92868

Jimm Welch
Valley Utility Services
1779 Tribute Road, Suite B
Sacramento, CA 95815

RCR Companies (L.A. Division)
12620 Magnolia Ave.
Riverside, CA 92503-4636

**Attorneys for Mission Pools of Escondido**
Michael A Friedrichs
White and Bright, LLP
970 Canterbury Place
Esconcido, CA 92025

Ron and John Oneto
7407 Grenfell Ct.
Elk Grove, CA 95758

R.C. Wendt Painting
21612 Surveyor Circle
Huntington Beach, CA 92646

Kern County Treasurer and Tax Collector Office
Attention: Bankruptcy Division
c/o Angelica Leon
P.O. Box 579
Bakersfield, CA 93302-0579

Franchise Tax Board
Bankruptcy Unit
P. O. Box 2952
Sacramento, CA 95812-2952

**Attorneys for KeyBank National Assoc.**
Marc S. Cohen
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

**Attorney for Thunder Mountain Enterprises**
Aldo Branch
Attorney at law
P.O. Box 5940
San Jose, CA 95150

**Attorneys for Mon-May Enterprises
and Mon-May Framing**
Michelle Chiongson
Hines Smith Carder
3080 Bristol Street, Suite 540
Costa Mesa, CA 92626

**Douglas P. Checketts**
Vice President
KeyBank Asset Recovery Group
36 South State Street, 25th Floor
Salt Lake City, UT 84111

Aspen Hills Community Association
23640 N Street, Suite E27
Riverside, CA 92518

Financial Advisor to Chapter 7 Trustee
Kerry Krisher
GlassRatner Advisory & Capital Group, LLC
18500 Von Karman Ave., Suite 390
Irvine, CA 92612

**Attys for Construction Protective Svcs**
Richard J. Wittbrodt,, Christopher E. Ng
Gibbs, Giden, Locher, Turner & Senet
1880 Century Park East, 12th Floor
Los Angeles, CA 90067-1621

**Attorneys for Bond Safeguard Insurance**
Mark E. Aronson, Esq.
Anderson, McPharlin & Connors LLP
444 South Flower Street, Thirty-First Floor
Los Angeles, CA 90071-2901

James & Sandra Brines
742 S. Wandering River Road
Cornville, AZ 86325-4803

**Attorneys for Leonard's Carpet Service**
Charles W. Parret
King Parret & Droste LLP
450 Newport Center Drive, Suite 500
Newport Beach, CA, 92660

**Real Estate Broker**
Brian Carricaburu
Park Place Partners, Inc.
8105 Irvine Center Dr., Suite 1460,
Irvine, California 92618

Internal Revenue Service
IRS – Los Angeles
300 N. Los Angeles St.
Los Angeles, CA 90012

Pima County Treasurer
Patti Davidson
Chief Deputy Treasurer
115 North Church Avenue
Tucson, AZ 85701

Chapter 7 Trustee
Richard K. Diamond, Esq.
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067

PFF Bank & Trust
Linda J. Berberian
9337 Milliken Avenue
Post Office Box 2789
Rancho Cucamonga, California 91729-2789

Michael s. Greger
Allen Matkins Leck Gamble Mallory & Natsis
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

| In re:<br>Empire Land, LLC, et al.<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 08-14592-MJ |
|---|---|

<div style="columns:3">

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Majory Gentry
Peter Obstler
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Tower Investments, LLC
c/o Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2406

Campbells Carpets Inc
6911 S 196th St.
Kent, WA 98302-1144

**Attorneys for Pacific Utility Installation, Inc.**
Maurice Wainer
Snipper, Wainer & Markoff
270 N. Canon Drive, Penthouse
Beverly Hills, CA 90210

**Attorneys for ValleyCrest Landscape Development, Inc.**
Richard Capella, Esq. and Zach Wadle
Morris Polich & Purdy
1055 West 7th Street, 24th Floor
Los Angeles, CA 90017

**San Bernadino County Recorder**
ATTN: Risk Mangement
222 West Hospitality Lane
San Bernardino, CA 92415-0022

RCR Companies (L.A. Division)
12620 Magnolia Ave.
Riverside, CA 92503-4636

William N. Cohen
ValleyCrest Landscape Development, Inc.
24151 Ventura Boulevard
Calabasas, CA 91302

Cindy Ferrin, Manager
Development Services
Arizona Department of Real Estate
2910 N. 44th Street, Suite 130
Phoenix, Arizona 85018

**Attorneys for Martin Holiday**
Mark John Tundis
Attorney at Law
984 W. Foothill Boulevard, Suite A
Upland, CA 91786

Goodwin Procter LLP
10250 Constellation Boulevard, 21st Floor
Los Angeles, CA 90067-6221
Attention: Robert Haight, Esq.

Arizona Home Centers
1999 S Del Mar Dr
Cottonwood, AZ 86326-5025

</div>

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                        F 9013-3.1