RICHARD K. DIAMOND (TR) (State Bar No. 070634)
*RKDTrustee@danninggill.com*
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:  (310) 277-0077
Facsimile:   (310) 277-5735

Chapter 7 Trustee

FILED & ENTERED

JAN 04 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:08-14592-MW |
| EMPIRE LAND, LLC, et al., | Chapter 7 |
| Debtors. | (Jointly Administered with Case Nos. 08-14599, 08-14604, 08-14608, 08-14611 08-14613, 08-14614. and 08-14615) |
| ☒ Affects All Debtors | **ORDER ON TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENTS #19 [LBR 2016-2]** |
| ☐ Affects EMPIRE LAND, LLC | |
| ☐ Affects AVIAT HOMES, L.P. | |
| ☐ Affects EMPIRE CONSTRUCTION, L.P. | [No Hearing Required] |
| ☐ Affects EMPIRE GLOBAL HOLDINGS, L.P. | |
| ☐ Affects EMPIRE RESIDENTIAL CONSTRUCTION, L.P. | |
| ☐ Affects EMPIRE RESIDENTIAL SALES, L.P. | |
| ☐ Affects PRESTIGE HOMES, L.P. | |
| ☐ Affects WHEELER LAND, L.P. | |

    Based upon the Trustee's Cash Disbursement Motion filed as docket entry number **2609** (Motion), the Motion is:

☒   Granted.  The trustee is authorized to disburse funds from the estate for the expenses set forth in Exhibit B to the Motion.

1629016.1  0814592

1   ☐ Denied. The trustee is not authorized to disburse funds from the estate as set forth in Exhibit B to the Motion.

2   ☐ Set for hearing on _____ at _____. The trustee is directed to provide notice of the hearing to the United States trustee and to all parties (or their attorneys) who filed an opposition to the Motion.

3

4   ☐ Other (*specify*):

5

###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Date: January 4, 2021                           Mark S. Wallace
26                                              United States Bankruptcy Judge

27

28

1629016.1  0814592